IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE WAGNER, | ) | Case No. 8:09cv41 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| THE LIQUIDATORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Pam Car, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 30, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning report deadline is cancelled upon the representation that this case is settled.

Dated this 30th day of March 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge