IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JULIE WAGNER,** | ) | **CASE NO. 8:09CV41** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | **OF DISMISSAL** |
| **THE LIQUIDATORS, INC.,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 11) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees to the extent not provided for in the settlement agreement.

DATED this 16th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge